(Court of Criminal Appeals) OCT 15 2015

To Whom it may Concern

I, ISAAC NAthANiEl Rodriquez

No# 04-15-00108-CR PD-1365-15

Am trying to get AN Extention on my Petition discretionary Review Application. Reason being Iue had trouble getting helpon filling out the motion AND Aquiring the tools to fill out properly. Thank you foR your time!

FILED IN
COURT OF CRIMINAL APPEALS

OCT 20 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

I give my mother, lAureANA lArAgioNE Permittion to send this Request!

Thank you